**Order entered May 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00298-CV

### ANTONIO CABALLERO, Appellant

### V.

### RUSHMORE LOAN MANAGEMENT SERVICES LLC, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07665**

## ORDER

The reporter's record is overdue and the court reporter has notified the Court that she has not been requested to prepare the reporter's record. By letter dated March 18, 2019, the Court instructed appellant to provide, within ten days, notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee or written documentation that he has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to comply may result in the Court ordering the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not responded. Accordingly, we **ORDER** the appeal be submitted without the reporter's record.

Appellant shall file his brief on the merits **within thirty days** of the date of this order.

/s/     BILL WHITEHILL
JUSTICE